## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) )     3:09-md-02100-DRH <br><br>     MDL No. 2100 |

**This Document Relates to:**

| | |
|---|---|
| *Lindsay Haralson v. Bayer Corporation, et al.* | No. 12-cv-11603-DRH |
| *Ella Ireland v. Bayer Corporation, et al.* | No. 13-cv-10840-DRH |
| *Kristin Crawford v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10594-DRH |
| *Barbara E. Soto v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10872-DRH |
| *Delores Barocco v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10966-DRH |
| *Paulina Fernandez-Luengo, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12033-DRH |
| *Gwendolyn L. Evans, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13354-DRH |
| *Audrey Nicole Hansen v. Bayer Corporation, et al.* | No. 13-cv-10042-DRH |
| *Sona Johnson v. Bayer Corporation, et al.* | No. 13-cv-10619-DRH |
| *Rosemary Rubolino v. Bayer Corporation, et al.* | No. 10-cv-11887-DRH |
| *Charmaine Jones-Baylock, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13683-DRH |
| *Segrid Parsons v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13733-DRH |
| *Sheryl A. Johnson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10157-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 10, 2015, and/or the Stipulations or Dismissals filed to date, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                            JUSTINE FLANAGAN,
                                            ACTING CLERK OF COURT

                                            BY: /s/*Caitlin Fischer*
                                                  **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.09.11
15:22:03 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT